IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JENNIFER THOMAS,    )<br>    )<br>    Plaintiff,    )<br>vs.    ) Case No.: 4:OOCV01768RWS (lead)<br>    )<br>JOSE BARRON AND JOSE LUIS    )<br>VILLEGAS, d/b/a FIVE STARS    )<br>TRANSPORT, et al.    )<br>    )<br>    Defendants.    )<br>=============================== )<br>    )<br>KATHERINE CURTNER, guardian and    )<br>conservator of Charles Martin Kinzel, Jr.    )<br>and Crystal June Kinzel, minors; and    )<br>MELISSA KINZEL,    )<br>    )<br>vs.    )<br>    )<br>JOSE BARRON AND JOSE LUIS    )<br>VILLEGAS, d/b/a FIVE STARS    )<br>TRANSPORT, et al.    )<br>    )<br>    Defendants.    )<br>=============================== )<br>    )<br>WAYNE KAUFMAN, DAVID    )<br>KAUFMAN, CINDY OBERKIRSCH, and    )<br>LILA BRADLEY,    )<br>    )<br>vs.    )<br>    )<br>JOSE BARRON AND JOSE LUIS    )<br>VILLEGAS, d/b/a FIVE STARS    )<br>TRANSPORT, et al.    )<br>    )<br>    Defendants.    )  | So Ordered<br><br>[Judge signature]<br>3/31/03 |

## DISMISSAL WITH PREJUDICE AS TO DEFENDANTS CHAPA, INC. d/b/a CHAPA AUTO SALES, J. GABINO CHAPA, AND DAVID CHAPA d/b/a CHAPA AUTO TRANSPORT

COMES NOW Plaintiff, Jennifer Thomas, and dismisses all claims against Defendants Chapa, Inc. d/b/a Chapa Auto Sales, J. Gabino Chapa, and David Chapa d/b/a Chapa Auto Transport.

JAMES & DREYER

By: _____
CHARLIE JAMES #14462
14 Richmond Center Court
St. Peters, MO 63376
(636) 397-2411/(636) 397-2799 facsimile

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed this 27 day of March, 2003, to the following individuals:

Gary Paul
120 S. Central Avenue
Suite 700
St. Louis, MO 63105
Attorney for Defendants David Chapa d/b/a Chapa Auto Transport

William Corrigan
Matthew Reh
One Metropolitan Square, Suite 2600
St. Louis, MO 63102-2740
Attorney for Defendants
J. Gabino Chapa and Chapa Auto Sales

_____
Charlie James

UNITED STATES DISTRICT COURT EASTERN MISSOURI
INTERNAL RECORD KEEPING

**** CONSOLIDATED CASE ****

AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE
FOLLOWING INDIVIDUALS ON 03/31/03 by doleary
                4:00cv1768     Thomas vs Barron

28:1332 Diversity-Tort/Motor Vehicle (P.I.)

John Anderson -  12622         Fax: 314-621-6941

Brett Batty -  88660
CHARLES JAMES LAW OFFICE
251 E. Pearce Boulevard
Wentzville, MO  63385

```
William Corrigan -   2879         Fax: 314-621-5065
Shelly Dreyer -    83161          Fax: 636-397-2799
Gonzalo Fernandez -    62043      Fax: 314-621-5705
Charles James -    14462          Fax: 636-397-2799
Joseph Leritz -    5390           Fax: 314-231-9480
Gary Paul -    14579              Fax: 314-863-8197
Herman Praszkier -    25638       Fax: 314-621-6941
Paul Rechenberg -    35039        Fax: 636-532-1082
Matthew Reh -    88487            Fax: 314-621-5065
Lawrence Smith -    16763         Fax: 314-863-8197
Jess Ullom -    4583              Fax: 636-532-1082
```

SCANNED & FAXED BY:
APR - 1 2003
SAJ